UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-80089-CIV-DIMITROULEAS/ROSENBAUM

ROCHELLE SADEK,

    Plaintiff,

vs.

WORLD OMNI FINANCIAL
CORPORATION; ACCOUNTS
RECEIVABLE TECHNOLOGIES;
COMMERCIAL RECOVERY SYSTEMS, INC.;
CERTEGY PAYMENT RECOVERY SERVICES, INC.;
and EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WORLD OMNI FINANCIAL CORPORATION

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal with Prejudice as to Defendant World Omni Financial Corporation, filed herein on March 13, 2008. [DE-12].  The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1)  The Joint Stipulation of Dismissal with Prejudice as to Defendant World Omni Financial Corporation [DE-12] is hereby **APPROVED**.

2)  Defendant World Omni Financial Corporation is hereby **DISMISSED WITH PREJUDICE**.

3)  This case remains pending as to Defendants Accounts Receivable Technologies, Commercial Recovery Systems, Inc., Certegy Payment Recovery Services, Inc., and

  Experian Information Solutions, Inc.

  **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 14th day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Barbara Fernandez, Esq.
David P. Hartnett, Esq.
Paul A. Herman, Esq.
Veresa J. Adams, Esq.
Mitchel Chusid, Esq.