UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-80089-CIV-DIMITROULEAS/ROSENBAUM

ROCHELLE SADEK,

      Plaintiff,

vs.

WORLD OMNI FINANCIAL
CORPORATION; ACCOUNTS
RECEIVABLE TECHNOLOGIES;
COMMERCIAL RECOVERY SYSTEMS, INC.;
CERTEGY PAYMENT RECOVERY
SERVICES, INC.; and EXPERIAN
INFORMATION SOLUTIONS, INC.

      Defendants.
_____/

## ORDER DENYING, AS MOOT, MOTION TO COMPEL ARBITRATION AND DISMISS COMPLAINT

THIS CAUSE is before the Court upon Defendant World Omni Financial Corporation's Motion to Compel Arbitration and Dismiss Complaint, filed herein on February 21, 2008. [DE-6].

On March 14, 2008, this Court approved the Joint Stipulation of Dismissal with Prejudice as to Defendant World Omni Financial Corporation  [DE-12], filed herein on March 13, 2008. [DE-13].  Defendant World Omni was therefore dismissed from the instant action.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant World Omni Financial Corporation's Motion to Compel Arbitration and Dismiss Complaint [DE-6], is hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 17th day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Barbara Fernandez, Esq.
David P. Hartnett, Esq.
Paul A. Herman, Esq.
Veresa J. Adams, Esq.
Mitchel Chusid, Esq.