UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-80089-CIV-DIMITROULEAS/ROSENBAUM

ROCHELLE SADEK,

      Plaintiff,

vs.

ACCOUNTS RECEIVABLE TECHNOLOGIES;
COMMERCIAL RECOVERY SYSTEMS, INC.;
CERTEGY PAYMENT RECOVERY SERVICES, INC.;
and EXPERIAN INFORMATION SOLUTIONS, INC.

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMMERCIAL RECOVERY SYSTEMS, INC.

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal with Prejudice as to Defendant Commercial Recovery Systems, Inc., filed herein on March 24, 2008. [DE-17].  The Court notes that the Defendant has yet to file either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1).  The Court has carefully considered the Notice of Voluntary Dismissal and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1)  The Notice of Voluntary Dismissal with Prejudice as to Defendant Commercial Recovery Systems, Inc. [DE-17] is hereby **APPROVED**.

2)  Defendant Commercial Recovery Systems, Inc. is hereby **DISMISSED WITH PREJUDICE**.

3)  This case remains pending as to Defendants Accounts Receivable Technologies, Certegy Payment Recovery Services, Inc., and Experian Information Solutions, Inc.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 24th day of March, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Barbara Fernandez, Esq.
David P. Hartnett, Esq.
Paul A. Herman, Esq.
Veresa J. Adams, Esq.
Mitchel Chusid, Esq.