UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-80089-CIV-DIMITROULEAS/ROSENBAUM

ROCHELLE SADEK,

      Plaintiff,

vs.

ACCOUNTS RECEIVABLE TECHNOLOGIES;
COMMERCIAL RECOVERY SYSTEMS, INC.;
CERTEGY PAYMENT RECOVERY SERVICES, INC.;
and EXPERIAN INFORMATION SOLUTIONS, INC.

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ACCOUNTS RECEIVABLE TECHNOLOGIES

    THIS CAUSE is before the Court upon the Stipulation of Dismissal with Prejudice as to Defendant Accounts Receivable Technologies, filed herein on April 9, 2008.  [DE-24].  The Court notes the signature of counsel for both parties and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1)  The Stipulation of Dismissal with Prejudice as to Defendant Accounts Receivable Technologies [DE-24] is hereby **APPROVED**.

    2)  Defendant Accounts Receivable Technologies is hereby **DISMISSED WITH PREJUDICE**.

    3)  This case remains pending as to Defendants Certegy Payment Recovery Services, Inc. and Experian Information Solutions, Inc.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 9th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Paul A. Herman, Esq.
Barbara Fernandez, Esq.
Louis M. Ursini, III, Esq.
Veresa J. Adams, Esq.