UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-80089-CIV-DIMITROULEAS/ROSENBAUM

ROCHELLE SADEK,

    Plaintiff,

vs.

CERTEGY PAYMENT RECOVERY SERVICES, INC.;
and EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CERTEGY PAYMENT RECOVERY SERVICES, INC.

THIS CAUSE is before the Court upon the Stipulation of Dismissal with Prejudice as to Defendant Certegy Payment Recovery Services, Inc., filed herein on April 21, 2008.  [DE-27].  The Court notes the signature of counsel for both parties and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1)  The Stipulation of Dismissal with Prejudice as to Defendant Certegy Payment Recovery Services, Inc. [DE-27] is hereby **APPROVED**.

2)  Defendant Defendant Certegy Payment Recovery Services, Inc. is hereby **DISMISSED WITH PREJUDICE**.

3)  This case remains pending as to Defendant Experian Information Solutions, Inc.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 21st day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Paul A. Herman, Esq.
Louis M. Ursini, III, Esq.
Veresa J. Adams, Esq.